[File No. 6022.]

GUARANTY CORPORATION, a Corporation, Appellant, v. THEO. L. ZELLER and Agricultural Credit Corporation of Fargo, a Corporation, Defendants.

THEO. L. ZELLER, Respondent.

(241 N. W. 293.)

Opinion filed February 27, 1932.

*William Maloney,* for appellant.

*Jacobsen & Murray,* and *Holt, Frame & Nilles,* for respondent.

PER CURIAM. This case is identical with the case of Guaranty Corp. v. Steigman, ante, 70, 241 N. W. 291, except as to date and amount of the note and the amount remaining due. A motion identical with that in the Steigman case was made supported by the same show-

44

ing, and a like order was entered. The appeal is therefore controlled by the same principles.

For the reasons stated in Guaranty. Corp. v. Steigman, supra, the order appealed from is affirmed.

CHRISTIANSON, Ch. J., and BIRDZELL, NUESSLE, BURR and BURKE, JJ., concur.